**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO 1:19-CV-23175-FAM

JILLIAN BARNETT,
individually and on behalf of all others
similarly situated,                                **CLASS ACTION**

*Plaintiff*,                                       **JURY TRIAL DEMANDED**

v.

CULTURED QUOTES LLC,

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jillian Barnett, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: September 30, 2019

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, PA** |
| */s/ Andrew J. Shamis* | /s/ Scott Edelsberg |
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Florida Bar No. 101754 | Florida Bar No. 0100537 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| 14 NE 1st Avenue, Suite 1205 | 20900 NE 30th Ave, Suite 417 |
| Miami, Florida 33132 | Aventura, FL 33180 |
| Telephone: 305-479-2299 | Telephone: 305-975-3320 |

*Counsel for Plaintiff and the Class*